No. 315. FONG SUEY CHONG v. JOHN D. NAGLE, COM-MISSIONER OF IMMIGRATION. Appeal from the District Court of the United States for the Northern District of California. Motion to dismiss submitted March 7, 1927. Decided March 14, 1927. *Per Curiam.* Dismissed for want of jurisdiction under §238 of the Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936). *Solicitor General Mitchell* for appellee, in support of the motion. *Mr. George A. McGowan* for appellant, in opposition thereto.

No. 525. YIP WAH, ALIAS JIM, ALIAS WOO YIP WOO, v. JOHN D. NAGLE, COMMISSIONER OF IMMIGRATION. Appeal from the District Court of the United States for the Northern District of California. Motion to dismiss submitted March 7, 1927. Decided March 14, 1927. *Per Curiam.* Dismissed for want of jurisdiction under §238 of the Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936). *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for appellee, in support of the motion. *Mr. George A. McGowan* for appellant, in opposition thereto.

No. 195. ROBERT GALLAGHER, JOSEPH A. DENNISON, AND DANIEL V. McISAAC v. JOHN E. HANNIGAN, TRUSTEE IN BANKRUPTCY OF OLD COLONY FOREIGN EXCHANGE COMPANY. Appeal from the Circuit Court of Appeals for the First Circuit. Argued March 7, 1927. Decided March 14, 1927. *Per Curiam.* Dismissed for want of jurisdiction on the authority of *Central Trust Co.* v. *Lueders,* 239 U. S. 11; *William R. Staats Co.* v. *Security Trust and Savings Bank,* 243 U. S. 121; and *Harris* v. *Moreland Truck Co.,* 250 U. S. 702. *Messrs Lowell A. Mayberry*